No. 88–5148.   IN RE VELLA.   Petition for writ of habeas corpus denied.

No. 87–1989.   IN RE GOULD ET AL.;
No. 87–7043.   IN RE GRIFFIN;
No. 87–7051.   IN RE REDDEN ET UX.;
No. 87–7114.   IN RE DAVIS;
No. 87–7115.   IN RE GILL;
No. 87–7135.   IN RE PHILLIPS ET AL.;
No. 87–7232.   IN RE BALAWAJDER;
No. 87–7349.   IN RE MINGLEDOLPH;
No. 88–55.   IN RE ROBERTS;
No. 88–152.   IN RE ALL AMERICAN SERVICES, LTD.; and
No. 88–310.   IN RE MASON ET UX.   Petitions for writs of mandamus denied.

No. 87–7176.   IN RE BALAWAJDER.   Petition for writ of mandamus and/or certiorari denied.

No. 87–7002.   IN RE SHARIF; and
No. 88–5140.   IN RE RADVAN-ZIEMNOWICZ.   Petitions for writs of mandamus and/or prohibition denied.

No. 87–7024.   IN RE POTE.   Motion of petitioner for imposition of sanctions denied.   Petition for writ of mandamus and/or prohibition denied.

No. 88–260.   IN RE DAVIS.   Petition for writ of prohibition denied.

No. 87–1945.   FRAZEE v. ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY ET AL.   Appeal from App. Ct. Ill., 3d Dist.   Probable jurisdiction noted.

No. 87–2098.   BURNLEY, SECRETARY OF TRANSPORTATION v. MID-AMERICA PIPELINE CO.   Appeal from D. C. N. D. Okla.   Probable jurisdiction noted.

No. 87–1862.   CALIFORNIA ET AL. v. ARC AMERICA CORP. ET AL.   Appeal from C. A. 9th Cir.   Probable jurisdiction noted.   JUSTICE STEVENS and JUSTICE O'CONNOR took no part in the consideration or decision of this case.